IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | : | Civil Action No. _____ |
|     Plaintiff, | : | |
| v. | : | |
| EDWARD HUYNH | : | |
|     Defendant. | : | |
| | : | |
| | : | |

**CORPORATE PARTY DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff, by and through his attorney of record, hereby submits that AF Holdings LLC does not have a parent corporation that owns 10% or more of its stock.

Respectfully submitted,

AF Holdings, LLC,

DATED: September 22, 2012         By:     /s/ Daniel G. Ruggiero

Daniel G. Ruggiero, Esq.
P.O. Box 291
Canton, MA 02021
Telephone: (339) 237-0343
Fax: (339) 707-2808

*Attorney for Plaintiff*