UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

January 7, 2013

Daniel G. Ruggiero
Law Office if Daniel G. Ruggiero
P.O. Box 291
Canton, MA 02021

**FILED**
JAN - 7 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

RE: AF Holdings, LLC v. Edward Huynh
CIVIL ACTION NO. 12-5428

Dear Mr. Ruggiero:

A review of the Court's records shows that service of the complaint has not been made in the above-captioned action.

In order to eliminate a delay in bringing this case to trial, service must be made by **January 23, 2013**, in accordance with Rule 4(m) of the Federal Rules of Civil Procedure. Proof of service must be filed with the Clerk's Office within five days of service. If service is not made within the time set forth above, the court will dismiss the complaint without prejudice for lack of prosecution.

Very truly yours,

Ronald Vance
Deputy Clerk to Judge Robreno

Civ. 22