IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AF HOLDINGS, LLC, | : | No. 2:12-cv-05428-ER |
| Plaintiff, | : | |
| v. | : | |
| EDWARD HUYNH | : | |
| Defendant. | : | |
| | : | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANT EDWARD HUYNH

THIS CAUSE came before the Court on the Plaintiff's Motion for Extension of Time to Serve Process on Defendant Edward Huynh. This Court, having reviewed the pleadings and file, the relief requested, being otherwise duly advised in the premises, and for good cause appearing, does hereby ORDER AND ADJUDGE as follows:

1.  Plaintiff's Motion for Extension of Time to Serve Process on Defendant Edward Huynh is GRANTED.

2.  Plaintiff shall have 30-day extension of time to serve process on Defendant Edward Huynh through and including February 17, 2013.

DONE AND ORDERED in Chambers at Philadelphia, Pennsylvania.


DATE: _____        BY: _____
                                       United States District Court Judge