# Affidavit of Process Server

United States District Court, Eastern District of Pennsylvania
(NAME OF COURT)

| AF Holdings LLC | vs | Edward Huynh | 12-5427 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Richard Farr__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served _____**Edward Huynh**_____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons, Complaint, Long Arm Statute Letter, Exhibits A & B__

by leaving with __Edward Huynh__ __Defendant__ At
NAME                                                   RELATIONSHIP

☑ Residence __110 Cara Mia Lane__ __Galloway, NJ 08205__
ADDRESS                                                CITY / STATE

☐ Business _____ _____
ADDRESS                                                CITY / STATE

On __2/8/13__ AT __8:15 AM__
     DATE                                                          TIME

☑ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                                  DATE

from _____
       CITY         STATE         ZIP

**Manner of Service:**
☑ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ _____ (2) _____ _____
                                                        DATE          TIME           DATE          TIME

(3) _____ _____ (4) _____ _____ (5) _____ _____
     DATE       TIME            DATE         TIME             DATE        TIME

**Description:** Age __24__ Sex __M__ Race __ASIAN__ Height __5'9"__ Weight __160__ Hair __BLK__ Beard __N__ Glasses __N__

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __11th__ day of __February__, 20 __13__, by __Richard Farr__,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of __New Jersey__

SUSAN FARR
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 7-31-17


NAPPS

FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# Affidavit of Process Server

United States District Court, Eastern District of Pennsylvania
(NAME OF COURT)

| AF Holdings LLC | vs | Edward Huynh | 12-5427 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I __Richard Farr__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served __Edward Huynh__
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) __Summons, Complaint, Long Arm Statute Letter, Exhibits A & B__

by leaving with __Edward Huynh__   __Defendant__   At
NAME                RELATIONSHIP

☑ Residence __315-A S. Nectar Ave__   __Galloway, NJ 08205__
ADDRESS                  CITY / STATE

☐ Business _____
ADDRESS                  CITY / STATE

On _____ AT _____
DATE                     TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☑ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☑ Other __house vacant, neighbor confirmed__

**Service Attempts:** Service was attempted on: (1) __2/7/13__  __8:30 AM__  (2) _____
DATE   TIME            DATE   TIME

(3) _____  (4) _____  (5) _____
DATE  TIME        DATE  TIME        DATE  TIME

**Description:** Age___ Sex___ Race___ Height___ Weight___ Hair___ Beard___ Glasses___

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __11th__ day of __February__, 20 __13__, by __Richard Farr__,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of __New Jersey__

SUSAN FARR
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 7-31-17



FORM 2    NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS