IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AF HOLDINGS, L.L.C., | : | CIVIL ACTION |
| | : | NO. 12-5428 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EDWARD HUYNH, | : | |
| | : | |
| Defendant. | : | |

FILED
MAR 20 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

AND NOW, this **19th** day of **March, 2013**, it is hereby **ORDERED** that a **RULE** is **ISSUED** for Plaintiff to show why the Court should not dismiss the above-captioned matter for lack of prosecution. Plaintiff should respond in writing by **Wednesday, April 3, 2013**.[1]

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] If no response is received by April 3, 2013, the Court will dismiss the case.